**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Bruce S. Alpert, SBN 075684
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891

Attorney for Defendants, COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, KORY L. HONEA, CHARLES W. LAIR, and MARY BARKER
*Exempt from Filing Fees Pursuant to Government Code § 6103*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MYRA L. MICALIZIO, LISA RUTLEDGE, SEAN MCKELVIE, and HALI MCKELVIE, | Case No.: 2:18-cv-02005-MCE-DMC |
| Plaintiffs, | **STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE BEFORE JUDGE KENDALL J. NEWMAN** |
| v. | |
| COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, KORY L. HONEA, CHARLES W. LAIR, and MARY BARKER, | Complaint Filed: 07/20/18 |
| Defendants. | |

///

///

///

{02032837.DOCX}  1

**STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE BEFORE JUDGE KENDALL J. NEWMAN**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, this matter be set for an early settlement conference to be conducted before Judge Kendall J. Newman on September 17, 2019 at 9:00 a.m. at the United States District Court located at 501 I Street, Sacramento, CA 95814

**IT IS SO STIPULATED.**

Dated: June 21, 2109

PORTER SCOTT
A PROFESSIONAL CORPORATION

By: /s/William E. Camy
    Stephen E. Horan
    William E. Camy
    Attorneys for Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, KORY L. HONEA, CHARLES W. LAIR, and MARY BARKER

Dated: June 21, 2109

LAW OFFICE OF MARK E. MERIN

By: /s/Mark E. Merin (authorized on 6/20/19)
    Mark E. Merin
    Attorney for Plaintiffs
    ESTATE OF MYRA L. MICALIZIO, LISA RUTLEDGE, SEAN MCKELVIE, and HALI MCKELVIE

**ORDER**

The Court having reviewed and considered the Parties' Stipulation for an early Settlement Conference, and finding good cause, hereby APPROVES the request for this matter to be set for a Settlement Conference on **September 17, 2019 at 9:00 a.m.** before Judge Kendall J. Newman.

IT IS SO ORDERED.

Dated: June 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE