**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Bruce S. Alpert, SBN 075684
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891

Attorney for Defendants, COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, KORY L. HONEA, CHARLES W. LAIR, and MARY BARKER
*Exempt from Filing Fees Pursuant to Government Code § 6103*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MYRA L. MICALIZIO, LISA RUTLEDGE, SEAN MCKELVIE, and HALI MCKELVIE, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, KORY L. HONEA, CHARLES W. LAIR, and MARY BARKER, <br><br> Defendants. | Case No.: 2:18-cv-02005-MCE-DMC <br><br> **STIPULATION TO CONTINUE THE EXPERT DISCLOSURE AND DISCOVERY DEADLINES; ORDER** <br><br> Complaint Filed: 07/20/18 |

{02042559.DOCX}  1
**STIPULATION TO CONTINUE THE EXPERT DISCLOSURE AND DISCOVERY DEADLINES; ORDER**

This Stipulation is entered into by and between Plaintiffs ESTATE OF MYRA L. MICALIZIO, LISA RUTLEDGE, SEAN MCKELVIE, and HALI MCKELVIE ("Plaintiffs") and Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, KORY L. HONEA, CHARLES W. LAIR, and MARY BARKER ("Defendants") through their counsel of record.

The parties have agreed to attend and scheduled a Voluntary Settlement Conference ("VSC") with Judge Newman on September 17, 2019. In order to avoid unnecessary litigation expenses should the matter resolve at the VSC, the parties have conferred and agree to continue the non-expert discovery deadline to October 15, 2019; the expert disclosure deadline to November 5, 2019; the supplemental/rebuttal expert disclosure deadline to November 26, 2019; and the expert discovery deadline to December 17, 2019. The parties submit good cause exists to extend the aforementioned deadlines. The parties further submit that continuing the aforementioned deadlines will not impact the Court's schedule. Specifically, continuing these deadlines will not disturb the last day to file dispositive motions. No trial date has been scheduled.

**IT IS SO STIPULATED.**

Date: July 22, 2019                     LAW OFFICE OF MARK E. MERIN

                                        By  */s/ Mark Merin (Authorized on 7/17/19)*
                                            Mark Merin
                                            Attorney for Plaintiffs


Date: July 22, 2019                     PORTER | SCOTT
                                        A PROFESSIONAL CORPORATION

                                        By  */s/ William E. Camy*
                                            Stephen E. Horan
                                            William E. Camy
                                            Attorneys for Defendants

{02042559.DOCX}                              2
**STIPULATION TO CONTINUE THE EXPERT DISCLOSURE AND DISCOVERY DEADLINES;**
**ORDER**

**ORDER**

Based upon the Stipulation of the parties:

1. The deadlines previously set for the disclosure of expert witnesses, supplemental/rebuttal expert witnesses, and to complete non-expert and expert discovery are VACATED.

2. The new deadline to complete non-expert discovery proceedings is **October 15, 2019**.

2. The new deadline to disclose expert witnesses is **November 5, 2019**.

3. The new deadline to disclose supplemental/rebuttal expert witnesses is **November 26, 2019**.

4. The new deadline to complete expert discovery proceedings is **December 17, 2019**.

IT IS SO ORDERED.

Dated: July 22, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE